## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## NEWARK

|  |  |
|---|---|
| .................................................... | Case No.: 2:08-cr-173 (PGS) |
| U.S.A. |  |
|  | **ORDER** |
| v. |  |
|  |  |
| JUNG KYU KIM |  |
|  | Hon. Peter G. Sheridan |
| .................................................... : |  |

IT IS on this 18th day of December, 2008, upon the application of Defendant JUNG KYU KIM through his counsel, Daniel D. Kim, Esq., to modify the terms of sentencing held on December 10, 2008 to allow him to attend his daughter's Pinning Ceremony & Valedictory Breakfast, which will be held on December 19, 2008 between 9 am and 11 am by the New York University College of Nursing at the Metropolitan Pavilion located at 125 W. 18th Street, New York, New York 10011, upon his daughter's wish to have her father to watch her graduation from the College, it is hereby,

ORDERED that the sentencing held on December 10, 2008 is hereby modified to allow Defendant JUNG KYU KIM to leave the house on December 19, 2008 between 7:30 am and 1:00 pm to attend his daughter's Pinning Ceremony & Valedictory Breakfast at the Metropolitan Pavilion located at 125 W. 18th Street, New York, New York 10011.

Dated: 12-18-08

*[signature]*
PETER G. SHERIDAN, Judge
United State District Court
For the District of New Jersey
