RALPH J. MARRA
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:YH)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,*  v.  **JUNG KYU KIM,** *Defendant,*  and  **WILSHIRE STATE BANK, and its successors or assigns,** *Garnishee.* | Hon. **PETER G. SHERIDAN**  **CRIMINAL No. 08-173-01**  **APPLICATION AND ORDER FOR WRIT OF GARNISHMENT AMENDED** |

 The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Jung Kyu Kim, social security number *******5530, whose last known address is Clifton, NJ 07013 in the above cited action in the amount of $854,351.25, plus interest at the rate of .5% per annum and penalties.

 The total balance due and owing as of January 26, 2009 is $854,725.52.

 Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from January 26, 2009, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which Jung Kyu Kim has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Jung Kyu Kim **(account# ending in 2301 and any other accounts associated with Jung Kyu Kim)**.

The name and address of the Garnishee or his authorized agent is:

> Wilshire State Bank
> 215 Main Street
> Fort Lee, NJ 07024

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

RALPH J. MARRA
Acting United States Attorney

By:   LEAH A. BONON
       Assistant U.S. Attorney

**IT IS**, on this ___16___ day of __Feb.__, 2009,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

_____
HON. PETER G. SHERIDAN, JUDGE
UNITED STATES DISTRICT COURT