UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| U.S.A. | Case No.: 08-173-01 (PGS) |
| v. | **ORDER** |
| JUNG KYU KIM | Hon. Peter G. Sheridan |

IT IS on this 21st day of September, 2009, upon the application of Defendant JUNG KYU KIM through his counsel, Daniel D. Kim, Esq., for this Honorable Court's permission to pay the restitution amount of $155,276.22 directly to JP Morgan Chase and $78,110.61 to TD Banknorth and the reduction of the restitution amount by $75,000.00 that was paid to PNC bank for the same loss by said bank that is the subject to the restitution, it is hereby,

ORDERED that Defendant JUNG KYU KIM is permitted to pay the restitution amount of $155,276.22 directly to JP Morgan Chase and $78,110.61 to TD Banknorth; it is further,

ORDERED that the restitution amount is reduced to $779,251.25 reflecting Defendant JUNG KYU KIM's payment of restitution to PNC Bank in the amount of $75,000.00 pursuant to 18 U.S.C. §3664 (j)(2)(B); it is further,

ORDERED that upon the payment of the aforesaid $155,276.22 and $78,110.61, the restitution amount is to be further reduced to $545,864.42 reflecting such payments pursuant to 18 U.S.C. §3664 (j)(2)(B); it is further,

ORDERED that Defendant JUNG KYU KIM shall submit the remainder of the restitution amount of $545,864.42 plus interest to the Clerk of the United States District Court

pursuant to January 13, 2009 Amended Judgment In A Criminal Case within 30 days from the date of this Order.

Dated: *United States Attorney agrees to this amendment.*

9/21/09

_____
PETER G. SHERIDAN, Judge
United State District Court
For the District of New Jersey