# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| U.S.A. | Case No.: 08-173-01 (PGS) |
| v. | **ORDER** |
| JUNG KYU KIM | Hon. Peter G. Sheridan |

IT IS on this ___ day of __November__, 2009, upon the application of Defendant JUNG KYU KIM through his counsel, Daniel D. Kim, Esq., for further reduction of the restitution amount to $57,699.27 plus interest reflecting the payments made thus far and for an extension of time to pay such amount for six months, it is hereby,

ORDERED that the restitution amount is hereby further reduced to $57,699.27 plus interest reflecting Defendant JUNG KYU KIM's restitution payments made thus far; it is further,

ORDERED that the time to submit the remainder of the restitution amount is hereby extended for six months from the date of this Order.

Dated:

11/12/09

PETER G. SHERIDAN, Judge
United State District Court
For the District of New Jersey